Matthew Shayefar (SBN 289685)
matt@shayefar.com
Law Office of Matthew Shayefar, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 323-948-8101 | Fax: 323-978-5556

Val Gurvits (MA 643572 - *pro hac vice* forthcoming)
vgurvits@bostonlawgroup.com
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804 | Fax: 617-928-1802

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSELLER EXPERT LIMITED,<br>      Plaintiff<br><br>vs.<br><br>VERISIGN INC., and<br>DOES 1-10,<br>      Defendants | Case No.: 2:19-cv-02036-PA-GJS<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Bitseller Expert Limited
- Accuracy Consulting, Ltd.

Respectfully submitted,

        LAW OFFICE OF MATTHEW SHAYEFAR, PC

        By /s/ *Matthew Shayefar*
           MATTHEW SHAYEFAR

        BOSTON LAW GROUP, PC

        By /s/ *Valentin Gurvits*
           VALENTIN GURVITS
           (*pro hac vice* forthcoming)

        Attorneys for Plaintiff

Dated: March 20, 2019