Valentin Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bitseller Expert Limited <br><br> v. <br><br> Verisign Inc., et al <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br><br> 2:19-cv-02036-PA-GJS <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gurvits, Valentin, D.
*Applicant's Name (Last Name, First Name & Middle Initial*
617-928-1804    617-928-1802
*Telephone Number    Fax Number*
vgurvits@bostonlawgroup.com
*E-Mail Address*

of Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Center, MA 02459
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Bitseller Expert Limited

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

and designating as Local Counsel

Shayefar, Matthew
*Designee's Name (Last Name, First Name & Middle Initial*
289685    323-948-8101    323-978-5556
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
matt@shayefar.com
*E-Mail Address*

of Law Office of Matthew Shayefar, PC
925 North La Brea Avenue
West Hollywood, CA 90038
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:    ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
             ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: _____

U.S. District Judge/U.S. Magistrate Judge

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1