Matthew Shayefar (SBN 289685)
matt@shayefar.com
Law Office of Matthew Shayefar, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 323-948-8101 | Fax: 323-978-5556

Val Gurvits (MA 643572 - *pro hac vice*)
vgurvits@bostonlawgroup.com
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804 | Fax: 617-928-1802

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSELLER EXPERT LIMITED,<br>    Plaintiff<br><br>vs.<br><br>VERISIGN INC., and<br>DOES 1-10,<br>    Defendants | Case No.: 2:19-cv-02036-PA-GJS<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, Matthew Shayefar, do hereby declare:

1.  My name is Matthew Shayefar. I am over the age of 18. I am admitted to the Bar of the State of California. I am counsel of record to Plaintiff in the above captioned case.

2.  Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a document I obtained from the website for the Secretary of State of California on April 5, 2019,

stating that Digital Certificates International, Inc. was registered to do business in California on April 25, 1995.  According to Exhibit 2 hereto, which is a true and correct copy of another document I obtained from the website for the Secretary of State of California on April 5, 2019, Digital Certificates International, Inc. amended its name to VeriSign, Inc. on July 10, 1995.

3. Attached hereto as Exhibit 3 is a true and correct copy of an article from the Washington Business Journal dated August 27, 2010 that I printed from the URL https://web.archive.org/web/20100830170344if_/http://www.bizjournals.com/washington/blog/2010/08/verisign_shifts_headquarters_to_virginia.html on April 5, 2019.

4. Attached hereto as Exhibits 4 and 5 are true and correct copies of Statements of Information for Verisign from 2017 and 2018, respectively, that I obtained from the website for the Secretary of State of California on April 5, 2019.

5. Attached hereto as Exhibit 6 is a true and correct copy of the Form 10-K for Verisign from the fiscal year ending December 31, 2018 that I obtained from Verisign's website at https://investor.verisign.com/static-files/839a41c3-5f70-45a1-90a3-1d2fa61f8e37 on April 5, 2019.  As attached hereto, I have excluded voluminous exhibits which appear to be irrelevant.

6. Attached hereto as <u>Exhibit 7</u> is a true and correct printout of Verisign's website at https://www.verisign.com/en_US/company-information/index.xhtml that I made on April 5, 2019.

7. Attached hereto as <u>Exhibit 8</u> is a true and correct printout of the website at https://www.equinix.com/locations/americas-colocation/united-states-colocation/silicon-valley-data-centers/sv8/ that I made on April 5, 2019.

8. Attached hereto as <u>Exhibit 9</u> is a true and correct printout of the website at https://www.icann.org/resources/pages/registries/registries-agreements-en that I made on April 5, 2019.

9. Attached hereto as <u>Exhibit 10</u> is a true and correct printout of the website at https://www.icann.org/resources/pages/agreement-2012-12-05-en that I made on April 5, 2019.

10. Attached hereto as <u>Exhibit 11</u> are printouts of two pages of results from when I searched for "Verisign" on PACER on April 5, 2019. The search resulted in 67 results.

11. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of docket number 95 that I obtained from PACER a case pending in the Central District of California with the case number 2:12-cv-02916-PSG-FFM.

12. Attached hereto as <u>Exhibits 13 and 14</u> are true and correct copies of declarations on behalf of Bitseller limited filed in the civil action *Huebner v. Radaris LLC*, Case No. 3:14-cv-04735-VC in the Northern District of California.

13. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a printout from the website for the Department of Registrar of Companies and Official Received of the Republic of Cyprus after I searched for "bitseller limited" on April 5, 2019 after the text on the webpage was translated by Google translate.

14. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the complaint filed in the civil action *Huebner v. Radaris LLC*, Case No. 3:14-cv-04735-VC in the Northern District of California that I obtained from PACER.

15. Attached hereto as <u>Exhibit 17</u> is a true and correct printout from the URL https://www.counselonegroup.com/contact-us/ on April 5, 2019.

16. Attached hereto as <u>Exhibit 18</u> is a true and correct printout from the website for the State Bar of California when I searched for the records of Anthony Orshansky on April 5, 2019.

17. Attached hereto as <u>Exhibit 19</u> is a true and correct printout from the website for the State Bar of California when I searched for the records of Justin Kachadoorian on April 5, 2019.

18. Attached hereto as <u>Exhibit 20</u> is a true and correct printout from the website for the State Bar of California when I searched for the records of Alexandria Kachadoorian on April 5, 2019.

19. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of the motion for default judgment filed in the *Huebner* case referenced above.

20. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of the Order Granting Motion for Default Judgment issued in the *Huebner* case referenced above.

21. Attached hereto as <u>Exhibit 23</u> is a true and correct printout of email communications between me and Justin Kachadoorian.

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: April 5, 2019          */s/ Matthew Shayefar*
                              Matthew Shayefar