# Exhibit 1

STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION

DO NOT WRITE IN THIS SPACE

1933410

FILED
the office of the Secretary of State
of the State of California

APR 2 6 1995

BILL JONES, Secretary of State

Digital Certificates International, Inc.
_____,
(Name of Corporation)

a corporation organized and existing under the laws of ___Delaware___,
(State or Place of Incorporation)

makes the following statements and designation:

1. The address of its principal executive office is _____

   100 Marine Parkway, Suite 500, Redwood City, CA  94065
   (Insert complete address of principal executive office wherever located.)
   DO NOT USE POST OFFICE BOX

2. The address of its principal office in the State of California is _____

   100 Marine Parkway, Suite 500, Redwood City, CA  94065
   (Insert complete address of principal office in California.)
   DO NOT USE POST OFFICE BOX

DESIGNATION OF AGENT FOR SERVICE OF PROCESS WITHIN THE STATE OF CALIFORNIA

3. (Use this paragraph if the process agent is a natural person.)

   D. James Bidzos
   _____,

a natural person residing in the State of California, whose complete address is

   100 Marine Parkway, Suite 500, Redwood City, CA  94065

DO NOT USE POST OFFICE BOX

is designated as its agent upon whom process directed to the corporation may be served within the State of California in the manner provided by law.

(FORM TO BE COMPLETED ON REVERSE SIDE)

(CALIF. - 1934 - 11/9/90)

4. (Use this paragraph if the process agent is a corporation.)

_____, a corporation organized and existing under the laws of _____ is designated as agent upon whom process directed to the undersigned corporation may be served within the State of California, in the manner provided by law.

NOTE: Before it may be designated by any foreign corporation as its agent for service of process, a corporate agent must comply with Section 1505, California Corporations Code. (See instruction 2.)

5. The undersigned corporation hereby irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

Digital Certificates International, Inc.
(Name of Corporation)

_____
(Signature of Corporate Officer)

Timothy Tomlinson, Secretary
(Typed Name and Title of Officer Signing)

INSTRUCTIONS:

1. There must be annexed to this statement, a certificate by an authorized public official of the state or place of incorporation of the corporation, to the effect that the corporation making the statement is an existing corporation in good standing in that state or place. IF A NONPROFIT CORPORATION IS TO BE QUALIFIED, the certificate must also indicate that the corporation is a nonstock, nonprofit corporation.

2. No domestic corporation may be designated as agent for service of process unless it has filed with the Secretary of State the certificate provided for by Section 1505, California Corporations Code (CCC), and no foreign corporation may be designated unless it has qualified for the transaction of intrastate business in California and has filed with the Secretary of State of the State of California the certificate provided for by Section 1505, CCC. A domestic or foreign corporation must be currently authorized to engage in business in this State and be in good standing status on the records of the Secretary of State of the State of California, in order to file a certificate pursuant to this section.
   NOTE: A CORPORATION CANNOT ACT FOR ITSELF AS AGENT FOR SERVICE OF PROCESS.

3. If a corporation is required to qualify under a D.B.A. (name other than the true corporate name) pursuant to Section 2106(b), CCC, then in the first line of this statement set out the correct corporate name, followed by "which will do business in California as _____," setting forth the D.B.A. in the space indicated. The D.B.A. should not be set out in connection with the corporate name anywhere else in the statement.

4. If the corporation changes its name the corporation must file an Amended Statement by Foreign Corporation. A form may be obtained from the Secretary of State.

State of Delaware                               PAGE   1

## Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "DIGITAL CERTIFICATES INTERNATIONAL, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF APRIL, A.D. 1995.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.



Edward J. Freel, Secretary of State

2497886   8300                AUTHENTICATION:    7479311

950087416                               DATE:    04-20-95