# Exhibit 2

NCTO: # 1933410

A463631

FILED
In the office of the Secretary of State
of the State of California

JUL 1 8 1995

BILL JONES, Secretary of State

## AMENDED STATEMENT BY FOREIGN CORPORATION

VeriSign, Inc., a corporation organized and existing under the laws of Delaware and which is presently qualified for the transaction of intrastate business in the State of California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and that the name relinquished at the time of such change was "Digital Certificates International, Inc."

IN WITNESS WHEREOF, the undersigned has executed this Amended Statement by Foreign Corporation as of July 10, 1995.

VeriSign, Inc.,
a Delaware corporation

By: _____
Timothy Tomlinson
Secretary

41978.1

*State of Delaware*

## Office of the Secretary of State

PAGE 1

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "DIGITAL CERTIFICATES INTERNATIONAL, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "VERISIGN, INC.", THE SEVENTH DAY OF JULY, A.D. 1995, AT 9 O'CLOCK A.M.





*Edward J. Freel, Secretary of State*

2497886   8320

950158941

AUTHENTICATION: 7575232

DATE: 07-17-95