# Exhibit 3

Sign In / Register

# WASHINGTON BUSINESS JOURNAL

Choose Another City: Washington, D.C. ▼

| Site | News | Videos | Jobs |

Keywords　GO　Search Archive

HOME | NEWS | SMALL BUSINESS | SALES & MKTG | REAL ESTATE | EVENTS | DIRECTORY | CAREERS | TRAVEL | MORE TOPICS

Beginners to Bigshots　U.S. business news　Green Business Awards　Facebook　Book of Lists　Subscribe - 4 Free Issues

Washington, D.C. > BizBeat > 2010 > August > VeriSign shifts headquarters to Virginia

## WBJ BizBeat

### VeriSign Shifts Headquarters To Virginia

**Sarah Krouse**
*Reporter*

Friday, August 27, 2010, 11:53am EDT | Modified: Friday, August 27, 2010, 12:03pm

Print | Email | RSS Feed | Share | Comments

Sift through VeriSign Inc.'s second-quarter report filed with the U.S. Securities and Exchange Commission and you'll see a line on page 15 about the company's restructuring plan, one that involves a "change of the company's principal place of business from 487 East Middlefield Road, Mountain View, California to 21355 Ridgetop Circle, Dulles, Virginia."

That's right, folks, Virginia just landed the headquarters of another Fortune 500 company. The Washington Business Journal reported the search in July.

In the second-quarter conference call Aug. 2, Chief Financial Officer Brian Robins said the move to Dulles would take place in the next six to 12 months.

"Part of what really drove the decision to move from California to Dulles was the fact that 95 percent of our business is based on the East Coast," he said in the conference call. "And for the people in the back office supporting the business, just better efficiency that they're located closer, same time zone."

The shift was contingent upon VeriSign's $1.3 billion sale of its authentication services business to Mountain View, Calif.-based Symantec Corp., which it announced in May and closed on Aug. 6.

The firm currently has 500 workers in the two Tishman Speyer-owned buildings in Dulles and is in discussions with landlords in Fairfax and Loudoun Counties for 150,000 to 200,000 square feet of space.

VeriSign is shifting its focus to its domain name services, which operate out of its Dulles offices. The "restructuring plan" outlined in the SEC filing, includes "workforce reductions, abandonment of excess facilities and other exit costs."

The move is the first major civilian technology company relocation in years and comes on the heels of Northrop Grumman Corp.'s decision to buy a Falls Church building in Fairfax County for its corporate headquarters.

Categories: Technology, Commercial Real Estate
Companies: Northrop Grumman Corp., Symantec Corp., Tishman Speyer, U.S. Securities and Exchange Commission, VeriSign Inc., Washington Business Journal
People: Brian Robins

< Previous Post　　　Next Post >

You must be logged in to post a comment. Log in or Register.
Loading comments...

Problems loading Disqus?
comments powered by Disqus

### SEARCH MORE BizBeat

Search

🔗 Subscribe to BizBeat RSS Feed

### BizBeat Archive

August 2010 (85)　　July 2010 (104)
June 2010 (94)　　May 2010 (15)

**Featured Washington, D.C. Jobs**　powered by HelpWantedDC.com

- Earn What You're Worth - Hiring 23 People Now - Integrated Logistics Group
- IRS Careers - IRS
- View Open Opportunities - AT&T;
- Loan Program Manager - MD Clean Energy Center
- Communications Director - MD Clean Energy Center

More

### BREAKING GROUND BLOG ROLL

JDLand
DCMUD
DC Metrocentric
14th and You
And Now, Anacostia
Borderstan
BeyondDC
Urban Trekker
Rebuilding Place in the Urban Space
The Buckingham Herald Tribblog
Modern Capital
Penn Quarter Living
renewshaw.com
SWDC Blog
Frozen Tropics
Gateway to Loudoun County and Dulles South
just up the pike
TheCityFix DC
The Real Estate Bakery
All Fairfax

### TOP SHELF'S BLOG ROLL

Metrocurean
The List Are You On It
Prince of Petworth
Young and Hungry
Going Out Gurus
Endless Simmer
Serious Eats
Counter Intelligence
Best Bites Blog
D.C. Foodies
DCist
We Love DC

Penn Quarter Living

JDLand

Gut Check/Northern Virginia Magazine

Zagat Buzz DC

Capital Spice

Sauce On The Side

The Internet Food Association

| MOST VIEWED | MOST COMMENTED |
| --- | --- |

- Competition swirls in Clarksburg
- Small businesses and innovation
- GSA looking for NIH office space options
- A look inside the new Taylor Gourmet
- VeriSign shifts headquarters to Virginia

Use of, or registration on, this site constitutes acceptance of our User Agreement and Privacy Policy.

**ONLINE:** home | business news | small business | sales & marketing | real estate | events | directory | careers | city guide | advertise | about us | rss
**PRINT:** subscribe | renew | advertise | book of lists | business intelligence | classifieds | view digital edition | article reprints rights | purchase single copies
**AFFILIATES:** Portfolio | SportsBusiness Journal | SportsBusiness Daily | Sporting News | Mass High Tech | TechFlash | Sustainable Business Oregon | ABJ Entrepreneur

© 2010 American City Business Journals, Inc. and its licensors. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of bizjournals.