# Exhibit 7



## Who We Are

Verisign, a global provider of domain name registry services and internet infrastructure, enables internet navigation for many of the world's most recognized domain names. Verisign enables the security, stability, and resiliency of key internet infrastructure and services, including providing root zone maintainer services, operating two of the 13 global internet root servers, and providing registration services and authoritative resolution for the .com and .net top-level domains, which support the majority of global e-commerce. To learn more about what it means to be Powered by Verisign, please visit Verisign.com.

## What We Do

For more than 21 years, Verisign has maintained 100 percent operational accuracy and stability for .com and .net–managing and protecting the DNS infrastructure for over 153 million .com and .net domain names and processing more than 167 billion transactions daily–keeping the world connected online, seamlessly and securely. Verisign is experienced in and provides support for both IPv6 and DNSSEC.





## Meet Our President and CEO

James Bidzos is president and chief executive officer of Verisign. He also serves as chairman of the board of directors and has been executive chairman since August 2009.

As the founder of Verisign, Bidzos is an Internet and security industry pioneer whose accomplishments include building RSA Security… Read Full Bio

Meet the executive team



## Verisign Fast Facts

### NASDAQ: VRSN

## BUILD YOUR CAREER WITH THE COMPANY THAT IS DEFINING THE INTERNET

At Verisign, we know the best employees think of their career as their life's passion. It's our desire not only to do it right, but also to do it better.

Find Your Passion



| Verisign in the Community | Support | Join the Verisign Team |
| --- | --- | --- |
| Learn about the Verisign Cares program and how we make "giving back" part of our everyday lives. | Get the answers and support you need, quickly and easily. | Build your career with the company that is the Internet. |



