# Exhibit 8



> SV8 ▾

**REQUEST TECH SPECS**



# SV8
### Silicon Valley IBX® Data Center

📍 529 Bryant St. Palo Alto CA 94301

📞 +1.866.378.4649 (local)          🛠 Email Service Desk
📞 +1.408.451.5200 (international)   👤 Contact Sales

| IBX Highlights | Equinix's IBX Silicon Valley data center SV8 serves the largest concentration of high-tech companies and peering hubs in the world with access to important financial and enterprise ecosystems. |
|---|---|

| Power Redundancy | N+1 |
|---|---|

| Cooling Redundancy | N+2 |
|---|---|

| Certifications | NIST 800-53/FISMA | ISO 27001 |
|---|---|---|
| | SOC 1 Type II | SOC-2 Type II |
| | PCI-DSS | |

| Amenities | Break Room | Crash Carts |
|---|---|---|
| | Loaner Tools | Showers |
| | Work Kiosks | Wifi |
| | Conference Room | |

### Request Download

* Denotes required field

* Business Email Address:

[                                                    ]

* First Name:                    * Last Name:

[                    ]           [                    ]



Contact Us    +1.800.322.9280    Get in Touch                                                    Newsletter SignUp

* Locations I'm Interested In:    * Services I'm Interested In:

Select all that apply...    Select all that apply...

Adelaide    Antenna

Amsterdam    Business Continuity Trading Room

* Country:

Select…

* Business Telephone Number:

By clicking on the submit button, you consent to receive communications from Equinix in relation to our products and services.

**SUBMIT**



## About Us

Equinix connects the world's leading businesses to their customers, employees and partners inside the world's most connected data centers in 52 markets across five continents. In the United States, Equinix operates data centers in Atlanta, Boston, Chicago, Dallas, Denver, Los Angeles, Miami, New York, Philadelphia, Seattle, Silicon Valley and Washington D.C.

**SERVICES**
Interconnection & Connectivity
Data Centers & Colocation
Professional Services
Equinix Marketplace

**SOLUTIONS**
Cloud Infrastructure
Disaster Recovery
Applications & Content Acceleration
WAN Optimization

**DATA CENTERS**
Americas
EMEA
Asia-Pacific

**COMPANY**
Newsroom
Blog
Forum
Careers
Partners

© 2019 Equinix, Inc. All rights reserved.

Terms of Use    Preference Management    Privacy Statement    Tell Equinix    Sitemap