# Exhibit 9

# .com Registry Agreement

01 Dec 2012

On 01 December 2012, ICANN (Internet Corporation for Assigned Names and Numbers) and VeriSign, Inc., entered into an Unsponsored Registry Agreement under which VeriSign operates the .com top-level domain. The agreement and its appendices may be viewed by following the links below.

Previous agreement(s) may be viewed on the Registry Agreement Archive (/resources/agreement/com-archive-1999-11-10-en) page.

## Registry Agreement

- HTML (/resources/pages/agreement-2012-12-05-en) (01 December 2012)

## Amendments

- Amendment No.1 (/sites/default/files/tlds/com/com-amend-1-pdf-20oct16-en.pdf) (20 October 2016)

## Appendices

- Appendix 1: Data Escrow Specification (/resources/pages/appendix-01-2012-12-07-en) (01 December 2012)

- Appendix 2: Escrow Agreement (/resources/pages/appendix-02-2012-12-07-en) (01 December 2012)

- Appendix 3: Zone File Access Agreement (/resources/pages/appendix-03-2012-12-07-en) (01 December 2012)

- Appendix 4: Registry Operator's Monthly Report (/resources/pages/appendix-04-2012-12-07-en) (01 December 2012)

- Appendix 5: Whois Specification (/resources/pages/appendix-05-2012-12-07-en) (01 December 2012)

- Appendix 6: Schedule of Reserved Names (/resources/pages/appendix-06-2012-12-07-en) (01 December 2012)

- Appendix 7: Functional and Performance Specifications (/resources/pages/appendix-07-2012-12-07-en) (01 December 2012)

- Appendix 8: Registry-Registrar Agreement (/resources/pages/appendix-08-2012-12-07-en) (01 December 2012)

- Appendix 9: Approved Services (/resources/pages/appendix-09-2012-12-07-en) (01 December 2012)

- Appendix 10: Service Level Agreement (SLA) (/resources/pages/appendix-10-2012-12-07-en) (01 December 2012)