Exhibit 11

 # Party Search Results

**Search Criteria:** Party Search; Last Name: verisign; Court ID: [CA]
**Result Count:** 67 (2 pages)
**Current Page:** 1

| | |
|---|---|
| Party Name | Verisign (dft) |
| Case Number | 3:2002cv00813 |
| Case Title | Turner v. Zebra Trading Co, et al |
| Court | California Southern District Court |
| Date Filed | 04/26/2002 |
| Date Closed | 07/03/2002 |
| Party Name | Verisign (dft) |
| Case Number | 3:2006cv01380 |
| Case Title | Harmon v. Verisign, et al |
| Court | California Southern District Court |
| Date Filed | 07/07/2006 |
| Date Closed | 03/02/2009 |
| Party Name | Verisign Company (dft) |
| Case Number | 2:2001cv04343 |
| Case Title | Kandra Inga, et al v. Network Solutions, et al |
| Court | California Central District Court |
| Date Filed | 05/14/2001 |
| Date Closed | 08/03/2001 |
| Party Name | VeriSign Company (dft) |
| Case Number | 2:2001cv04829 |
| Case Title | Yomtobian Enterprise, et al v. Network Solutions, et al |
| Court | California Central District Court |
| Date Filed | 05/30/2001 |
| Date Closed | 06/18/2001 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2002ap03152 |
| Case Title | Ballenger and Illuminet Inc |
| Court | California Central Bankruptcy Court |
| Date Filed | 12/13/2002 |
| Date Closed | 04/18/2003 |
| Party Name | Verisign Inc (pla) |
| Case Number | 5:2002cv00062 |
| Case Title | Verisign Inc v. Toby Gramm |
| Court | California Central District Court |
| Date Filed | 01/23/2002 |
| Date Closed | 02/07/2002 |

| | |
|---|---|
| Party Name | Verisign Inc (dft) |
| Case Number | 8:2003cv00012 |
| Case Title | Alpinestars Spa, et al v. NetVisibility Inc, et al |
| Court | California Central District Court |
| Date Filed | 01/03/2003 |
| Date Closed | 04/08/2003 |
| Party Name | Verisign Inc (pla) |
| Case Number | 2:2004cv01292 |
| Case Title | Verisign Inc v. Internet Corporation for Assigned Names and Numbers et al |
| Court | California Central District Court |
| Date Filed | 02/26/2004 |
| Date Closed | 09/21/2004 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2004cv01368 |
| Case Title | Registersite.com et al v. Internet Corporation for Assigned Names and Numbers et al |
| Court | California Central District Court |
| Date Filed | 03/01/2004 |
| Date Closed | 07/12/2004 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2005cv03945 |
| Case Title | Jamdat Mobile Inc v. Jamster International Sarl Ltd et al |
| Court | California Central District Court |
| Date Filed | 05/31/2005 |
| Date Closed | 11/09/2005 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2001cv05497 |
| Case Title | David M Kane v. Verisign Inc, et al |
| Court | California Central District Court |
| Date Filed | 06/21/2001 |
| Date Closed | 11/27/2001 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2002cv07533 |
| Case Title | Savvier Inc v. Larry Farquharson, et al |
| Court | California Central District Court |
| Date Filed | 09/26/2002 |
| Date Closed | 12/17/2002 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2003cv00686 |
| Case Title | David Sams Ind Inc v. Verisign Inc, et al |
| Court | California Central District Court |
| Date Filed | 01/29/2003 |
| Date Closed | 03/06/2007 |

| | |
|---|---|
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2007cv03537 |
| Case Title | Karen Herbert et al v. Endemol USA Inc et al |
| Court | California Central District Court |
| Date Filed | 05/31/2007 |
| Date Closed | 12/20/2011 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2007cv03647 |
| Case Title | Cheryl Bentley et al v. NBC Universal Inc et al |
| Court | California Central District Court |
| Date Filed | 06/05/2007 |
| Date Closed | 05/17/2011 |
| Party Name | Verisign Inc (dft) |
| Case Number | 2:2003cv07891 |
| Case Title | Heather Cox v. Verisign Inc, et al |
| Court | California Central District Court |
| Date Filed | 10/31/2003 |
| Date Closed | 02/02/2004 |
| Party Name | Verisign Inc (dft) |
| Case Number | 3:2003cv04378 |
| Case Title | Syncalot Inc et al v. Verisign Inc |
| Court | California Northern District Court |
| Date Filed | 09/26/2003 |
| Date Closed | 05/03/2004 |
| Party Name | Verisign Inc (dft) |
| Case Number | 5:2002cv02270 |
| Case Title | In re: Verisign Corp Securities Litigation |
| Court | California Northern District Court |
| Date Filed | 05/09/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign Inc (dft) |
| Case Number | 5:2002cv02271 |
| Case Title | Goldstein et al v. Verisign Inc et al |
| Court | California Northern District Court |
| Date Filed | 05/09/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign Inc (dft) |
| Case Number | 5:2002cv02487 |
| Case Title | Atlas v. Verisign Inc et al |
| Court | California Northern District Court |
| Date Filed | 05/22/2002 |
| Date Closed | 04/24/2007 |

| | |
|---|---|
| Party Name | Verisign Inc (dft) |
| Case Number | 5:2002cv02556 |
| Case Title | Dodge v. Verisign Inc et al |
| Court | California Northern District Court |
| Date Filed | 05/28/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign Inc (dft) |
| Case Number | 5:2002cv02692 |
| Case Title | Malone v. Verisign Inc et al |
| Court | California Northern District Court |
| Date Filed | 06/05/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign Inc (dft) |
| Case Number | 5:2002cv03006 |
| Case Title | Schmalz v. Verisign Inc et al |
| Court | California Northern District Court |
| Date Filed | 06/24/2002 |
| Date Closed | 04/24/2007 |
| Party Name | VeriSign Inc (dft) |
| Case Number | 3:2006cv00906 |
| Case Title | Page v. VeriSign Inc, et al |
| Court | California Southern District Court |
| Date Filed | 04/26/2006 |
| Date Closed | 07/20/2010 |
| Party Name | VeriSign Inc. (dft) |
| Case Number | 2:2012cv02916 |
| Case Title | Forest Ambulatory Surgical Associates, L.P. v. United Healthcare Insurance Company |
| Court | California Central District Court |
| Date Filed | 04/03/2012 |
| Date Closed | 08/19/2016 |
| Party Name | Verisign Inc. (dft) |
| Case Number | 2:2019cv02036 |
| Case Title | Bitseller Expert Limited v. Verisign Inc. et al |
| Court | California Central District Court |
| Date Filed | 03/19/2019 |
| Date Closed | |
| Party Name | VeriSign Inc. (dft) |
| Case Number | 4:2006cv04165 |
| Case Title | In re VERISIGN, INC. DERIVATIVE LITIGATION |
| Court | California Northern District Court |
| Date Filed | 07/05/2006 |
| Date Closed | 06/02/2010 |

| | |
|---|---|
| Party Name | VeriSign Inc. (dft) |
| Case Number | 4:2007cv03742 |
| Case Title | Pace v. Bidzos et al |
| Court | California Northern District Court |
| Date Filed | 07/19/2007 |
| Date Closed | 10/03/2007 |
| Party Name | VeriSign Inc. (dft) |
| Case Number | 5:2010cv04911 |
| Case Title | Forest Ambulatory Surgical Associates, L.P. v. United Healthcare Insurance Company |
| Court | California Northern District Court |
| Date Filed | 10/29/2010 |
| Date Closed | 03/29/2012 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 2:2008cv00592 |
| Case Title | Simona Dedek et al v. Kepler & Associates, LLC et al |
| Court | California Central District Court |
| Date Filed | 01/29/2008 |
| Date Closed | 03/24/2008 |
| Party Name | Verisign, Inc. (pla) |
| Case Number | 2:2015mc00208 |
| Case Title | Verisign, Inc. v. XYZ.COM, LLC et al |
| Court | California Central District Court |
| Date Filed | 06/17/2015 |
| Date Closed | 06/24/2015 |
| Party Name | Verisign, Inc. (pla) |
| Case Number | 2:2015mc00229 |
| Case Title | Verisign, Inc. v. XYZ.COM, LLC et al. |
| Court | California Central District Court |
| Date Filed | 08/05/2015 |
| Date Closed | 08/31/2015 |
| Party Name | Verisign, Inc. (cc) |
| Case Number | 4:2003cv03029 |
| Case Title | IDN Technologies LLC v. Verisign, Inc. |
| Court | California Northern District Court |
| Date Filed | 06/30/2003 |
| Date Closed | 04/22/2005 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 4:2003cv03029 |
| Case Title | IDN Technologies LLC v. Verisign, Inc. |
| Court | California Northern District Court |
| Date Filed | 06/30/2003 |
| Date Closed | 04/22/2005 |

| | |
|---|---|
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2003cv04776 |
| Case Title | 3-Qubed LLC v. Verisign, Inc. |
| Court | California Northern District Court |
| Date Filed | 10/24/2003 |
| Date Closed | 05/06/2004 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 5:1996cv20796 |
| Case Title | VeriFone, Inc. v. Verisign, Inc. |
| Court | California Northern District Court |
| Date Filed | 09/23/1996 |
| Date Closed | 02/06/1998 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 5:1998cv20718 |
| Case Title | Kremen, et al v. Cohen, et al |
| Court | California Northern District Court |
| Date Filed | 07/10/1998 |
| Date Closed | 03/23/2004 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 5:2005cv04828 |
| Case Title | World Association of Domain Name Developers, Inc v. VeriSign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 11/28/2005 |
| Date Closed | 02/06/2006 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 5:2005cv04826 |
| Case Title | Coalition for ICANN Transparency, Inc. v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 11/28/2005 |
| Date Closed | 05/31/2011 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 4:2006cv04902 |
| Case Title | Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union v. Bidzos et al |
| Court | California Northern District Court |
| Date Filed | 08/14/2006 |
| Date Closed | 06/02/2010 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 4:2007cv03332 |
| Case Title | Mykitshyn v. Bidzos et al |
| Court | California Northern District Court |
| Date Filed | 06/25/2007 |
| Date Closed | 10/03/2007 |

| | |
|---|---|
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 5:2008cv00112 |
| Case Title | Freedom Wireless, Inc. v. VeriSign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 01/07/2008 |
| Date Closed | 05/20/2008 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 4:2007cv03407 |
| Case Title | Pishvaee v. VeriSign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 06/28/2007 |
| Date Closed | 04/02/2010 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 4:2007cv06496 |
| Case Title | Valdez v. m-Qube, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 12/28/2007 |
| Date Closed | 04/02/2010 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 4:2008cv00013 |
| Case Title | Jiran et al v. AT&T Mobility, LLC et al |
| Court | California Northern District Court |
| Date Filed | 01/02/2008 |
| Date Closed | 03/18/2010 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 5:2008cv05264 |
| Case Title | Coren v. Mobile Entertainment, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 11/20/2008 |
| Date Closed | 03/19/2009 |
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 5:2010cv03634 |
| Case Title | Yue v. 21st Century Insurance et al |
| Court | California Northern District Court |
| Date Filed | 08/17/2010 |
| Date Closed | 04/21/2011 |
| Party Name | Verisign, Inc. (pla) |
| Case Number | 4:2005cv00099 |
| Case Title | Verisign, Inc. v. IDN Technologies LLC |
| Court | California Northern District Court |
| Date Filed | 01/07/2005 |
| Date Closed | 07/22/2005 |

| | |
|---|---|
| Party Name | VeriSign, Inc. (dft) |
| Case Number | 3:2000cv00918 |
| Case Title | Hoefer, et al v. US Dept of Commerce, et al |
| Court | California Northern District Court |
| Date Filed | 03/15/2000 |
| Date Closed | 06/28/2000 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2002cv02370 |
| Case Title | Pak v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 05/15/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2002cv02396 |
| Case Title | Gottdiener et al v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 05/16/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2002cv02583 |
| Case Title | Anish v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 05/29/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2002cv02642 |
| Case Title | Burstein v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 06/03/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2002cv03077 |
| Case Title | Bellocco v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 06/26/2002 |
| Date Closed | 04/24/2007 |

**PACER Service Center**

| | | |
|---|---|---|
| | | **Receipt** 04/05/2019 14:26:33 471084603 |
| **User** | blg82520 | |
| **Client Code** | | |
| **Description** | All Court Types Party Search All Courts; Name verisign; Court ID CA; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |



# Party Search Results

**Search Criteria:** Party Search; Last Name: verisign; Court ID: [CA]
**Result Count:** 67 (2 pages)
**Current Page:** 2

| | |
|---|---|
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2002cv03170 |
| Case Title | Wasserman v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 07/02/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 5:2002cv03241 |
| Case Title | Lemond v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 07/08/2002 |
| Date Closed | 04/24/2007 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2002cv04534 |
| Case Title | McNeil v. Verisign, Inc. et al |
| Court | California Northern District Court |
| Date Filed | 09/18/2002 |
| Date Closed | 08/27/2003 |
| Party Name | Verisign, Inc. (cc) |
| Case Number | 3:2002cv05294 |
| Case Title | Visa U.S.A., Inc. et al v. Verisign, Inc. |
| Court | California Northern District Court |
| Date Filed | 11/04/2002 |
| Date Closed | 06/13/2005 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2002cv05294 |
| Case Title | Visa U.S.A., Inc. et al v. Verisign, Inc. |
| Court | California Northern District Court |
| Date Filed | 11/04/2002 |
| Date Closed | 06/13/2005 |
| Party Name | Verisign, Inc. (cr) |
| Case Number | 3:2003bk03470 |
| Case Title | Leap Wireless International, Inc. and Cricket Communications, Inc |
| Court | California Southern Bankruptcy Court |
| Date Filed | 04/13/2003 |
| Date Closed | 07/30/2009 |

| | |
|---|---|
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2006cv02277 |
| Case Title | Edwards v. Verisign, Inc. |
| Court | California Southern District Court |
| Date Filed | 10/11/2006 |
| Date Closed | 06/13/2008 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2008cv00578 |
| Case Title | Kling v. Verisign, Inc. et al |
| Court | California Southern District Court |
| Date Filed | 03/27/2008 |
| Date Closed | 10/10/2008 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2008cv00579 |
| Case Title | Steffan v. Verisign, Inc. et al |
| Court | California Southern District Court |
| Date Filed | 03/27/2008 |
| Date Closed | 07/20/2010 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2009cv00348 |
| Case Title | Clark v. Verisign, Inc. et al |
| Court | California Southern District Court |
| Date Filed | 02/23/2009 |
| Date Closed | 09/21/2009 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2005cv00819 |
| Case Title | Ford, et al v. Verisign Inc, et al |
| Court | California Southern District Court |
| Date Filed | 04/18/2005 |
| Date Closed | 07/12/2010 |
| Party Name | Verisign, Inc. (dft) |
| Case Number | 3:2005cv01915 |
| Case Title | Herrington, et al v. Verisign Inc, et al |
| Court | California Southern District Court |
| Date Filed | 10/07/2005 |
| Date Closed | 07/20/2010 |
| Party Name | Verisign,Inc., (pla) |
| Case Number | 4:2003cv04131 |
| Case Title | Verisign,Inc., et al v. XRAMP Technologies,Inc., et al |
| Court | California Northern District Court |
| Date Filed | 09/10/2003 |
| Date Closed | 11/07/2003 |

**PACER Service Center**

**Receipt** 04/05/2019 14:27:14 1318980896

| | |
|---|---|
| **User** | blg82520 |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name verisign; Court ID CA; Page: 2 |
| **Billable Pages** | 1 ($0.10) |