# Exhibit 13

Matthew Shayefar, Esq. (SBN 289685)
Boston Law Group, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com

Val Gurvits, Esq. (*pro hac vice* forthcoming)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804
Fax: 617-928-1802
vgurvits@bostonlawgroup.com

Attorneys for Non-Parties Accuracy Consulting Ltd. and Bitseller Expert Limited

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and other similarly situated,<br><br>　Plaintiffs,<br><br>vs.<br><br>RADARIS, LLC, a Massachusetts limited liability company;<br>RADARIS AMERICA, INC., a Delaware corporation; and<br>EDGAR LOPIN, an individual,<br><br>　Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**DECLARATION OF BITSELLER EXPERT LIMITED IN SUPPORT OF EMERGENCY MOTION FOR RELIEF FROM DEFAULT JUDGMENT** |

## Declaration of Eugene Lazarev on Behalf of Bitseller Expert Limited

I, Eugene Lazarev, on behalf of Bitseller Expert Limited, declare as follows:

1. My name is Eugene Lazarev. I am over the age of eighteen. I am the Managing Director of Bitseller Expert Limited ("Bitseller"), which is a company organized in and under the laws of the Republic of Cyprus. I make this declaration based upon personal knowledge, my consultation with Bitseller personnel and associates and my review of Bitseller records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. Since before October 24, 2014 through the end of February 2018 when the radaris.com website was taken down, the radaris.com website was operated by Bitseller.

3. This fact was clearly indicated on the Terms of Use for the website, which has stated at all relevant times the following: "OPERATING COMPANY: Radaris is operated by Bitseller Expert LIMITED, Nicosia Cyprus."

4. Since before October 23, 2014 through February 2018 when the domain name was taken away, the radaris.com domain name was registered to Accuracy Consulting Ltd.

5. This fact was clearly visible to anyone who would perform a WhoIs record search for the website, which is a publicly available service.

6. Radaris, LLC has never been an owner or operator of the radaris.com website. Radaris, LLC has never been the registrant of the radaris.com domain name.

7. Radaris America, Inc. has never been an owner or operator of the radaris.com website. Radaris America, Inc. has never been the registrant of the radaris.com domain name.

8. Edgar Lopin has never run or operated the radaris.com website. Edgar Lopin has never been the registrant of the radaris.com domain name.

9. As was clearly stated on the Terms of Use for the radaris.com website, Radaris America, Inc. only acted in a public relations capacity for the radaris.com website in the United States.

10. On or about February 26, 2018, Bitseller lost control of the website at radaris.com because the domain name began pointing to another website.

11. As a result of the domain name pointing to another website, Bitseller and Accuracy have suffered staggering losses to their businesses and reputations, and continue to suffer such damages as long as Accuracy and Bitseller do not have control over the radaris.com domain name and the website at radaris.com.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on February 28, 2018 at Nicosia, Cyprus.

*[signature]*

Eugene Lazarev
On behalf of
Bitseller Expert Limited