# Exhibit 15

 

[Exit Print]

## Organisation Details

**Pay Special Contribution**

**Choose Year:** Choose Year:

**Current Details**

| | |
|---|---|
| **Name** | BITSELLER EXPERT LIMITED |
| **Reg. Number** | HE 318175 |
| **Type** | Limited Company |
| **SubType** | Private |
| **Name Status** | Current Name |
| **Registration Date** | 18/01/2013 |
| **Organisation Status** | Active |
| **Status Date** | |

**Last Annual Return Date**

| File Status | Directors & Secretaries | **Registered Office** | Statement of Annual Company Fee |

**Registered Office**

Ίωνος, 20,
Floor 4, Flat 401
Έγκωμη
2406, Λευκωσία, Κύπρος