Exhibit
17



Telephone: 310-277-9945

CONTACT US

HOME   FIRM OVERVIEW   PRACTICE AREAS   CURRENT INVESTIGATIONS   NEWS   CONTACT US

## CONTACT US



**Contact Our**
**Consumer Protection & Employment Law Attorneys**

Your First Name

Your Last Name

Your Phone Number

Your Email

Describe your consumer protection and employment law concerns.

I'm not a robot — reCAPTCHA
Privacy - Terms

Send

Our Contact Information & Map



9301 Wilshire Blvd.        Phone: 310-277-9945
Suite 650                  Fax: 424-277-3727
Beverly Hills, CA 90210





## Why Consumers Choose Us

We Give Individualized Attention To All Of Our Clients

We Are An Experienced Law Firm With 7 Figure Recoveries

We Focus On Consumer & Employment Law To Protect You

## About Our Consumer Protection & Employment Law Firm

Based in Southern California's Beverly Hills, we serve clients throughout the United States. We focus on employment and consumer class actions. Your rights should be protected. We at CounselOne are committed to securing what you are rightfully due.

Our attorneys handle most cases on a contingency basis. That means you don't pay us a cent until we recover compensation for you. We have won millions of dollars in compensation for our clients, achieving recognition for our superior representation in the process.

At CounselOne, we believe that our clients deserve nothing less than the most aggressive, solution-oriented representation. Our experience and expertise in employment law and consumer class actions ensure that your case will always be in good hands.

Call us today at 310-277-9945

### CounselOne P.C.

9301 Wilshire Blvd.
Suite 650
Beverly Hills, CA 90210

Phone: 310-277-9945
Fax: 424-277-3727

Contact Us | Our Firm | Practice Areas

Copyright © 2019 CounselOne. All Rights Reserved. Disclaimer  | Privacy Policy  | Your California Privacy Rights  | Sitemap

Disclaimer: CounselOne's lawyers represent clients in individual, group, and class action lawsuits throughout California and in federal courts nationwide. We also have affiliations in specific cases with attorneys licensed to practice before state courts in some U.S. states. This website may be considered an advertisement in certain jurisdictions. Prior results do not guarantee a similar outcome. You should be aware that the statute of limitations (the deadline imposed by law within which you may bring a lawsuit) may severely limit the time remaining for you to file any potential claim. Please read our complete disclaimer here.