# Exhibit 18

 The State Bar *of California*

 Select Language | ▼

**Anthony Joshua Orshansky #199364**

**License Status: Active**

Address: CounselOne, PC, 9301 Wilshire Blvd Ste 650, Beverly Hills, CA 90210

County: Los Angeles County

Phone Number: (310) 277-9945

Fax Number: (424) 277-3727

Email: anthony@counselonegroup.com

Law School: Loyola Law School; Los Angeles CA

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/7/1998 | Admitted to The State Bar of California | | |

| **CLA Sections:** | Antitrust, UCL and Privacy |
|---|---|
| | Labor & Employment |

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

**Additional Information:**

- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

© 2019 The State Bar of California