# Exhibit 20

 

**Select Language** ▼

### Alexandria Rose Kachadoorian #240601
**License Status: Active**

Address: CounselOne, PC, 9301 Wilshire Blvd Ste 650, Beverly Hills, CA 90210-6199
County: Los Angeles County
Phone Number: (310) 277-9945
Fax Number: Not Available
Email: alexandria@counselonegroup.com
Law School: UCLA SOL; Los Angeles CA

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/4/2005 | Admitted to The State Bar of California | | |

**CLA Sections:**  None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

© 2019 The State Bar of California