Exhibit 23

## Huebner v Radaris - Order on Motion for Relief

12 messages

---

**Matthew Shayefar** <matt@bostonlawgroup.com>  Mon, May 7, 2018 at 10:39 AM
To: Justin Kachadoorian <Justin@counselonegroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Hi Justin,

It was nice meeting you in person last week.

As you are aware, the Court issued its order (attached) stating that the default judgment does not apply to Accuracy or Bitseller.

Accordingly, I am requesting that we immediately begin the proceedings to transfer back all of the domain names taken. Those domain names are:

    Radaris.COM

    Radaris.NET

    Radaris.US

    Radaris.BIZ

    Radaris.INFO

    Radaris.ORG

    Trustoria.COM

Please confirm that you are proceeding with the transfers.

Thanks,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

------------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If

you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

📄 **063 - Order on Motion for Relief.pdf**
32K

---

**Justin Kachadoorian** <Justin@counselonegroup.com>  Tue, May 8, 2018 at 10:17 AM
To: Matthew Shayefar <matt@bostonlawgroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Matthew,

I have started the transfer process for radaris.com.  Please confirm that you want the domain name returned to euroDNS.

Was Accuracy/Bitseller the registrant of the other domain names at the time the complaint was filed?  If so, please provide WhoIs confirmation, and I will transfer those as well.

Thanks,

Justin

[Quoted text hidden]

---

**Matthew Shayefar** <matt@bostonlawgroup.com>  Tue, May 8, 2018 at 10:45 AM
To: Justin Kachadoorian <Justin@counselonegroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Justin,

Accuracy has been the listed registrant for all of the domain names since early 2015.  Attached are historic WhoIs records for each of the domain names (for some domain names there are only historic records from later in 2015).

The court's order is that the injunctive relief set forth in the default judgment, including the transfer of any and all domain names, shall not apply to Bitseller or Accuracy.  Accuracy was the registrant of all of the domain names at the time that you took them and for years before that.  Accordingly, all of the domain names must be returned.

Although it is irrelevant given the Court's order, I will point out that at the time of the filing of the complaint, none of the domain names were registered to any of the named defendants or any other party

referenced in any of your filings.

Please immediately confirm that you will return all of the domain names.

Radaris.com and Radaris.biz should be transferred to EuroDNA.  All the other domain names should be transferred to GoDaddy.  I am advised that the best way to return the domain names is to contact the registrar and ask them to undo the transfer.  Alternatively, the domain names can be transferred using the authorization code process, however this process takes significantly longer and involves significant costs, therefore I request that you proceed with first asking the registrars to transfer back the domain names.

In the meantime, please re-set all the DNS records for the domain names to their original settings.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

[Quoted text hidden]

**6 attachments**

- **Whois_History-radaris.info-2015-08-31.txt**
  3K
- **Whois_History-radaris.biz-2015-03-24.txt**
  4K
- **Whois_History-radaris.net-2015-03-22.txt**
  3K
- **Whois_History-radaris.us-2015-04-20.txt**
  5K
- **Whois_History-trustoria.com-2015-03-01.txt**
  3K
- **Whois_History-radaris.org-2015-08-31.txt**
  3K

**Justin Kachadoorian** <Justin@counselonegroup.com>  Tue, May 8, 2018 at 1:13 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Matthew,

I disagree with your reading of the court's order, which is predicated on Accuracy's status as the registrant of [radaris.com](radaris.com) at the time we filed the complaint.  Please let me know who the registrants were before our lawsuit was filed for each of the other domain names so that I can assess your position based on full information.

I am waiting to hear back from GoDaddy re your request to undo the transfer.

Regards,

[Quoted text hidden]

---

**Matthew Shayefar** <matt@bostonlawgroup.com>  Tue, May 8, 2018 at 1:51 PM
To: Justin Kachadoorian <Justin@counselonegroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Justin,

Not a single portion of the Court's order is premised on the timing at the filing of the complaint. To wit:

- "The current record does not permit a conclusion that Accuracy and Bitseller *are* acting in concert with the named defendants in this case."  The relevant time is *now*.
- "[P]laintiffs never submitted evidence *before entry of judgment* that Accuracy and Bitseller were involved in the unlawful conduct that was the subject of this lawsuit."  The court here references when you obtained the default judgment, which was on June 18, 2017,  at which time all of the domain names were registered to Accuracy and had been for more than two years.
- "These facts raise additional concerns about the propriety of applying the injunction to Accuracy and Bitseller at this stage."  There is no time restriction here at all – the court is saying that the injunction should not apply to Accuracy and Bitseller whatsoever.

The only time the court mentions the filing of the Complaint is to agree with our position all along: that if you had exercised proper diligence, you could have named the right parties at the outset of the litigation.

I can take this back to the court if need be.  But given the court's statements at the hearing, I doubt the Court will be happy to have to deal with this again given that it already believes and has put in writing that the entire injunction was improperly applied against Accuracy and Bitseller.

Nonetheless, even though it is irrelevant to the issue (because Accuracy was the registrant for years before hand and before you filed for default judgment), the domain names other than Trustoria.com were registered to a ComFi, Inc. at the time of the filing of the Complaint. Trustoria.com was registered to an RJ Russell. Historical WhoIs records from around the time of the filing of the Complaint are attached.

None of the domain names were registered to any of the named defendants at the time you filed the complaint. None of the registrants were named as being involved in any of the activities alleged in the complaint. All the domain names were the property of Accuracy for years before you inappropriately took them away using the injunction that the court has said does not and should apply to Accuracy.

We already know how the Court feels about your position on this matter. If you are going to force me to file yet another motion, we will seek fees, costs and sanctions. Please let me know immediately whether I will need to proceed down that route.

I look forward to your anticipated cooperation.

[Quoted text hidden]

---

**6 attachments**

📄 **Whois_History-radaris.net-2014-10-20.txt**
2K

📄 **Whois_History-radaris.us-2014-09-18.txt**
4K

📄 **Whois_History-radaris.biz-2014-10-21.txt**
4K

📄 **Whois_History-radaris.info-2014-10-25.txt**
3K

📄 **Whois_History-radaris.org-2014-12-19.txt**
2K

📄 **Whois_History-trustoria.com-2014-11-02.txt**
2K

---

**Justin Kachadoorian** <Justin@counselonegroup.com>  Tue, May 8, 2018 at 6:20 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Matthew,

Putting all this aside, I am still waiting on a response from GoDaddy. If GoDaddy doesn't confirm reversal of the transfers by tomorrow, we can start the authorization code process.

[Quoted text hidden]

---

**Matthew Shayefar** <matt@bostonlawgroup.com>  Wed, May 9, 2018 at 9:54 AM
To: Justin Kachadoorian <Justin@counselonegroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Justin,

That's a non-answer to the question I asked you, so I will ask again: will you be transferring *all* of the domain names?

Thank you,

[Quoted text hidden]

---

**Justin Kachadoorian** <Justin@counselonegroup.com>   Wed, May 9, 2018 at 10:14 AM
To: Matthew Shayefar <matt@bostonlawgroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Yes, I am just waiting for a response from GoDaddy. That's what you wanted, right?

[Quoted text hidden]

---

**Matthew Shayefar** <matt@bostonlawgroup.com>   Wed, May 9, 2018 at 10:23 AM
To: Justin Kachadoorian <Justin@counselonegroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Justin,

I wanted a clear affirmation that you would be transferring all of the domains, which you did not provide until this latest email. I now have confirmation that you will transfer all of the domains. Thank you.

Please let me know when you hear back from GoDaddy.

[Quoted text hidden]

---

**Justin Kachadoorian** <Justin@counselonegroup.com>   Thu, May 10, 2018 at 3:32 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Matthew,

GoDaddy wants to know the account number the domains should be placed in. Please provide it.

[Quoted text hidden]

---

**Matthew Shayefar** <matt@bostonlawgroup.com>   Fri, May 11, 2018 at 9:28 AM
To: Justin Kachadoorian <Justin@counselonegroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Justin,

The Radaris.com and Radaris.biz domain names must be transferred back to EuroDNS, not GoDaddy, as that is where they were taken from.

For all the other domain names, they were in GoDaddy account ID 447908.

[Quoted text hidden]

---

**Justin Kachadoorian** <Justin@counselonegroup.com>  Mon, May 14, 2018 at 12:44 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Matthew,

GoDaddy has moved all domains to the account number you provided below.  From there your client can move them to wherever it wants.

[Quoted text hidden]